## In re DISH NETWORK CORPORATION, Echostar DBS Corporation, Echostar Technologies L.L.C., Echosphere L.L.C., Echostar Satellite Corporation and Echostar Corporation, Petitioners.

Misc. No. 889.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2008.

### ON MOTION

### *ORDER*

DISH Network Corporation et al. (DISH) move to voluntarily dismiss their petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

* DISH requests that this dismissal be without prejudice; however, it is not the usual practice of this court to dismiss with or without prejudice.